# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FRANK McCRARY, AIS #257888,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 2:23-cv-334-TFM-N |
| | ) |
| **NURSE STEPHANIE GODWIN,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On December 6, 2024, the Magistrate Judge entered a report and recommendation which recommends Defendant's motion for summary judgment be granted on all count and that this action be dismissed with prejudice. *See* Doc. 29. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Defendant's motion for summary judgment (Docs. 24, 26) is **GRANTED** and this action is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 15th day of January, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE